LEONA BARTLETT, Respondent, v. CITY OF NEW YORK and Another, Defendants, Impleaded with A. D'ANGELO & SON CONTRACTING CO., INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GEORGE WALLACE JARMAN, JR., Respondent, v. FRANK W. RITCHIE, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RAYMOND J. NORMAN, Appellant, v. PATRICK JOSEPH HAYES, Individually and as CARDINAL ARCHBISHOP OF THE ROMAN CATHOLIC ARCHDIOCESE OF NEW YORK, Respondent, Impleaded with Others.—Judgment and order reversed, with costs to the appellant, and the motion to dismiss the complaint denied, with leave to the defendant, respondent, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RAYMOND J. NORMAN, Appellant, v. PATRICK JOSEPH HAYES, Individually and as CARDINAL ARCHBISHOP OF THE ROMAN CATHOLIC ARCHDIOCESE OF NEW YORK, and Others, Defendants, Impleaded with THADDEUS TIERNEY, Respondent.— Judgment and order reversed and the motion to dismiss the complaint denied, with costs to the appellant against defendant Thaddeus Tierney. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RAYMOND J. NORMAN, Appellant, v. PATRICK JOSEPH HAYES, Individually and as CARDINAL ARCHBISHOP OF THE ROMAN CATHOLIC ARCHDIOCESE OF NEW YORK, and Others, Defendants, Impleaded with THOMAS C. T. CRAIN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of SAMUEL RICHMAN and MAX RICHMAN, Doing Business under the Firm Name and Style of RICHMAN BROTHERS AND ORSONS, to MAXWELL COPELOF, Assignee, Respondent, PAULINE RICHMAN, Claimant, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANTHONY C. SARACENA, as Executor, and ELIZABETH PICARELLO, as Executrix of MICHAEL A. SARACENA, Deceased, Respondents, v. JULIUS H. ZIESER, Appellant.— Judgment and order reversed, with costs, and the motion denied, on the ground that there is an issue of fact which must be tried. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents and votes for affirmance.